# Third District Court of Appeal

## State of Florida

Opinion filed December 13, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1720
Lower Tribunal No. F00-33692
_____

**Othlone Russ,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Marisa Tinkler Mendez, Judge.

Othlone Russ, in proper person.

Ashley Moody, Attorney General, for appellee.

Before LINDSEY, MILLER, and LOBREE, JJ.

PER CURIAM.

Affirmed.